Crescencio **TREJO–ROMERO,**
Petitioner,

v.

Alberto R. **GONZALES, U.S. Attorney
General,** Respondent.

No. 05–60464
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 1, 2006.

Lawrence Erik Rushton, Bellaire, TX, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, Ann Carroll Varnon, John Clifford Cunningham, U.S. Department of Justice, Civil Division, Immigration Litigation, Washington, DC, Hipolito Acosta, U.S. Immigration & Naturalization Service, Houston, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service

District Directors Office, New Orleans, LA, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Crescencio Trejo–Romero seeks review of the decision of the Board of Immigration Appeals (BIA) decision affirming the immigration judge's (IJ) denial of adjustment of status. Trejo–Romero has also filed a motion to remand correctly contending that recent amendments to 8 C.F.R. § 1245 eliminate the regulatory basis for the immigration judge's decision denying him adjustment of status. *See* 71 Fed.Reg. 27585 (May 12, 2006). The respondent does not oppose the motion to remand.

Accordingly, Trejo–Romero's petition for review and motion to remand are GRANTED, the BIA's decision is VACATED, and the matter is REMANDED for a determination of whether Trejo–Romero qualifies for adjustment of status pursuant to amended 8 C.F.R. § 1245.2(a)(1)(ii).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

